**Order filed September 18, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00744-CV
_____

## JOANNA LAUFER, Appellant

## V.

## JUSTIN GORDON, Appellee

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2017-67140**

---

## ORDER

This appeal is from a judgment signed June 5, 2018. Appellant filed a notice of appeal on August 21, 2018. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court.

No contest was filed. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the

court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

Accordingly, the official court reporter for the 280th District Court is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM